UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK HAMILTON and
LINDA HAMILTON,

      Plaintiffs,

v

SALEM TOWNSHIP,
MARCIA VANFOSSEN in her
individual and official capacity,
WAYNE WALLAZY, in his
individual and official capacity,
ROBERT HEYL, in his
individual and official capacity,
PAUL UHEREK, in his
individual and official capacity,

      Defendants.

Case No. 13-cv-15101-GAD

Hon. Gershwin A. Drain

---

| RAYMOND GUZALL III, P.C. | CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C. |
|---|---|
| By:   RAYMOND GUZALL III  (P-60980) | By:   ELIZABETH RAE-O'DONNELL (P-41529) |
| 31555 W. Fourteen Mile Road, Suite 320 | 33900 Schoolcraft |
| Farmington Hills, MI 48334 | Livonia, Michigan 48150 |
| (248) 702-6122 | (734) 261-2400 |
| rayguzall@attorneyguzall.com | erae@cmda-law.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |

---

### STIPULATED ORDER FOR
### VOLUNTARY DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the Stipulation of the Parties,

**IT IS HEREBY ORDERED** that the above captioned cause is dismissed with prejudice in its entirety as to all Defendants, SALEM TOWNSHIP,

2

MARCIA VANFOSSEN, WAYNE WALLAZY, ROBERT E. HEYL and PAUL J. UHEREK, and without costs and/or attorney fees to any party.

This is a Final Order which disposes of all claims raised in the Complaint and closes the case.

**IT IS SO ORDERED**.

/s/Gershwin A Drain
U.S. DISTRICT COURT JUDGE

*Counsel for the parties agree to the above Stipulation:*

/s/ *Raymond Guzall III* (w/consent)
RAYMOND GUZALL III  (P60980)
Attorneys for Plaintiffs

/s/ *Elizabeth Rae-O'Donnell*
ELIZABETH RAE-O'DONNELL (P41529)
Attorney for Defendants

P:\jc\ERO\salem(hamilton).ord of dismissal.docx